John Wesley Corman, appellee, v. Adeline Strong et al., appellants.
Decree in partition allowing $900 solicitor's fees. Appeal from the
Circuit Court of Schuyler county; the Hon. Harry Higbee, Judge,
presiding. Heard in this court at the April term, 1918. Affirmed.
Opinion filed October 22, 1918.
  L. A. Jarman and George B. Steele, for appellants. B. O. Willard
and D. L. Mourning, for appellee.
  Mr. Justice Graves delivered the opinion of the court.

------

Frank N. Hayslip and Chilton H. Day, appellees, v. Chicago &.
Alton Railroad Company, appellant.
Action to recover for loss of goods by fire in course of transporta-
tion. Judgment for plaintiffs. Appeal from the Circuit Court of
Logan county; the Hon. T. M. Harris, Judge, presiding. Heard in
this court at the April term, 1918. Reversed and remanded. Opin-
ion filed October 22, 1918.
  Covey & Woods, for appellant; Silas H. Strawn, of counsel. Beach
& Trapp, for appellees.
  Mr. Justice Graves delivered the opinion of the court.

------

Charles W. Binns et al., appellants, v. Henry Juhl et al., appellees.
Order refusing to admit will to probate. Appeal from the Circuit
Court of Logan county; the Hon. T. M. Harris, Judge, presiding.
Heard in this court at the April term, 1918. Reversed and remanded
with directions. Opinion filed October 22, 1918.
  Evan Worth and McCormick & Murphy, for appellants; S. S. Smith,
of counsel. Beach & Trapp, for appellees.
  Mr. Justice Waggoner delivered the opinion of the court.

------

Mabel Wright, appellee, v. Oyer Wright, appellant.
Bill for divorce on ground of adultery. Decree for complainant.
Appeal from the Circuit Court of Morgan county; the Hon. Nor-
man L. Jones, Judge, presiding. Heard in this court at the April
term, 1918. Affirmed. Opinion filed October 22, 1918.
  Walter W. Wright and Wilson & Butler, for appellant. William
N. Hairgrove, for appellee.
  Mr. Justice Waggoner delivered the opinion of the court.

------

James A. McAdams, appellee, v. Chicago & Alton Railroad Com-.
pany, appellant.
Action to recover damages for personal injuries sustained in col-
lision between automobile and switch engine. Judgment for plain-
tiff. Appeal from the Circuit Court of Sangamon county; the Hon.
Elbert S. Smith, Judge, presiding. Heard in this court at the April
term, 1918. Affirmed. Opinion filed October 22, 1918. Certiorari
denied by Supreme Court (making opinion final).
  Patton & Patton, for appellant; Silas H. Strawn, William L. Pat-
ton and Henry L. Patton, of counsel. A. M. Fitzgerald and Adolph
Bernard, for appellee.
  Mr. Justice Waggoner delivered the opinion of the court.